**Defendant: Ryan Geary**

**IP:** 75.166.114.223
**ISP:** Qwest Communications
**Location:** Loveland, CO

| Title | Hash | Date First Pub | Regis Date | Infringement Date |
|---|---|---|---|---|
| X-Art Siterip #1 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | | | 01/07/2012 21:13:58 |
| Angel Seaside Romp | AC3911D3F8C9B999D93812751A30816B312E6F5A | 01/04/2012 | 01/06/2012 | 01/09/2012 02:11:28 |
| Tiffany Teenagers in Love | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | 12/29/2010 | 11/20/2011 | 01/09/2012 02:11:50 |

**Total Statutory Copyright Infringements for Defendant Ryan Geary:  12**

EXHIBIT A

CO70