**Defendant: Ryan Geary**

**IP:** 75.166.114.223
**ISP:** Qwest Communications
**Location:** Loveland, CO

| IP | Hash | Title | Infringement Date UTC |
|---|---|---|---|
| 75.166.114.223 | 121AC0B46088E7C235A23D4379BE65A1840E9B77 | X-Art Siterip #1 | 01/07/2012 21:13:58 |
| 75.166.114.223 | AC3911D3F8C9B999D93812751A30816B312E6F5A | Angel Seaside Romp | 01/09/2012 01:33:40 |
| 75.166.114.223 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love | 01/09/2012 01:38:11 |
| 75.166.114.223 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love | 01/09/2012 01:38:21 |
| 75.166.114.223 | AC3911D3F8C9B999D93812751A30816B312E6F5A | Angel Seaside Romp | 01/09/2012 02:11:28 |
| 75.166.114.223 | E08C7D67052512D7D1CF4AC1EC3468E7D9B266BE | Tiffany Teenagers in Love | 01/09/2012 02:11:50 |

EXHIBIT B

CO70