IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-01876-REB-MEH | Date: November 27, 2012 |
| Courtroom Deputy: Cathy Coomes | FTR – Courtroom A501 |

MALIBU MEDIA, LLC,                                    Jason Kotzker

    Plaintiff,

v.

RYAN GEARY,                                           John Arsenault

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**SCHEDULING CONFERENCE**

**Court in session:** 10:01 a.m.

Court calls case. Appearances of counsel.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Rule 26(a)(1) Disclosures: November 30, 2012**

**Discovery Deadline: June 17, 2013**

The Court notes that **the parties have consented to the jurisdiction of a magistrate judge** and directs counsel to file the appropriate notice and proposed order with the Court.

**TRIAL:**
A trial to a jury is set for **October 7, 2013,** at 8:30 a.m.; estimated length of trial is three (3) days.

Final Pretrial Conference and Trial Preparation Conference are set for **September 20, 2013, at 2:00 p.m.** before Judge Robert E. Blackburn.

**Court in recess:** 10:08 a.m.     **(Hearing concluded)**
**Total time in Court: 0:07**