**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:12-cv-01876-REB-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

RYAN GEARY,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE A REPLY TO DEFENDANT'S RESPONSE TO MOTION TO STRIKE AND
MOTION TO DISMISS [DE 26, DE 27]**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for the entry of an order allowing Plaintiff an extension of seven (7) days to file its response to Defendant's Response to Motion to Strike Affirmative Defenses and Response to Motion to Dismiss Defendant/Counter-Plaintiff's Counterclaim, and states:

    1.    On December 7, 2012, Defendant Geary filed his Response to Motion to Strike Affirmative Defenses and Response to Motion to Dismiss Defendant/Counter-Plaintiff's Counterclaim. Plaintiff's response is due on Friday, December 21, 2012.

    2.    Counsel for Plaintiff requires an extension of seven (7) days to file its reply to Defendant's Responses.

    3.    Undersigned has conferred with counsel for Defendant who agrees to the relief requested herein.

    4.    This request is made in good faith and not made for the purpose of undue delay.

WHEREFORE, Plaintiff, with the agreement of Defendant, respectfully requests

1

that this Court grant this Motion and enter an order granting Plaintiff an extension of seven (7) days to file its reply to Defendant's Response to Motion to Strike Affirmative Defenses and Response to Motion to Dismiss Defendant/Counter-Plaintiff's Counterclaim.  A proposed order is attached for the Court's convenience.

Dated: December 21, 2012

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH D.C. Colo. L. Civ. R. 7.1

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), Plaintiff has conferred with counsel for Defendant concerning the relief Plaintiff seeks herein. Defendant's counsel consents to the relief sought herein.

By: /s/*Jason Kotzker*
Jason Kotzker

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jason Kotzker*
Jason Kotzker